**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                              Plaintiff,<br><br>v.<br><br>MICHAEL ROLAND JONES,<br><br>                                              Defendant. | Case No. 14cr2730-MMA<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR RELEASE OF RECORDS UNDERLYING ALLEGATIONS OF VIOLATIONS OF SUPERVISED RELEASE**<br><br>[Doc. No. 86] |

Upon due consideration, good cause appearing, the Court **GRANTS** Defendant Michael Roland Jones' unopposed motion for the release of records, to wit, police reports, related to pending allegations of Grade B violations of his conditions of supervised release.  Accordingly, **IT IS HEREBY ORDERED** that United States Probation produce the requested records to counsel for both parties.

   **IT IS SO ORDERED**.

DATE: July 23, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge

1

14cr2730-MMA